FILED
March 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-cr-7 DFL
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
Donald Butcher, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Donald Butcher Case No. 2:06-cr-7 DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_ Release on Personal Recognizance

\_ Bail Posted in the Sum of _____

X $25,000 Unsecured Appearance Bond, to be co-signed within 1 week

\_ Appearance Bond with 10% Deposit

\_ Appearance Bond secured by Real Property

\_ Corporate Surety Bail Bond

X (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/3/06 at 3:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge