DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700                               **OK/HAV**

Attorney for Defendant
DONALD BUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. CR-S-06-007 DFL |
|                           )           | |
|           Plaintiff,           )      | |
|                           )           | STIPULATION AND ORDER TO CONTINUE |
|      v.                   )           | STATUS HEARING |
|                           )           | |
|                           )           | |
| DONALD BUTCHER,           )           | |
|                           )           | |
|           Defendant.      )           | |

    This case is currently scheduled for a status hearing on June 29, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 29, 2006, be continued until August 10, 2006.  In addition, the parties stipulate that the time period from June 29, 2006, to August 10, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED:June 29, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Donald Butcher |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. CR-S-06-007 DFL |
|                                     ) | |
|            Plaintiff,               ) | |
|                                     ) | PROPOSED ORDER CONTINUING STATUS |
|       v.                            ) | CONFERENCE AND EXCLUDING TIME |
|                                     ) | |
|                                     ) | |
| DONALD BUTCHER,                     ) | |
|                                     ) | |
|            Defendant.               ) | |

   For the reasons set forth in the stipulation of the parties, filed on June 29, 2006,  IT IS HEREBY ORDERED that the status conference currently scheduled for June 29, 2006, be continued until Thursday, August 10, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 29, 2006 stipulation, the time under the Speedy Trial Act is excluded from June 29, 2006, through August 10, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  6/29/2006

_____
DAVID F. LEVI
United States District Judge

2