DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814           **OK/HAV**
Telephone: (916) 498-5700

Attorneys for Defendant
DONALD BUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0007 (DFL) |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS HEARING AND TO EXCLUDE TIME |
| v. ) | |
| ) | |
| DONALD BUTCHER ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |
| ) | |
| _____ ) | |

This case is currently scheduled for a status hearing on January 25, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to review discovery, conduct investigation and to continue meetings between the parties to reach a disposition in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled for January 25, 2007, be continued and that a new status hearing be scheduled for February 15, 2007. In addition, the parties stipulate that the time period from January 25, 2007, until February 15, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery, conduct investigation, and explore potential disposition.

If there is to be a change of plea on February 15, 2007, the parties will submit to the Court the proposed plea agreement and other relevant documentation in advance of the hearing.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: January 25, 2007

                Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ Carolyn Delaney | /s/ Lexi Negin |
| CAROLYN DELANEY | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for DONALD BUTCHER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD BUTCHER<br><br>  Defendant.<br>_____ | No. CR-06-0007 (DFL)<br><br>Judge: Hon. David F. Levi<br><br>ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on January 23, 2007, IT IS HEREBY ORDERED that the status hearing scheduled for January 25, 2007, be continued until February 15, 2007 at 10:00 a.m..  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 25, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 25, 2007 through February 15, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   January 25, 2007

/s/ David F. Levi
DAVID F. LEVI
CHIEF JUDGE UNITED STATES
DISTRICT COURT

2