DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    **OK/HAV**

Attorneys for Defendant
DONALD BUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0007 (DFL) |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| DONALD BUTCHER | Judge: Hon. David F. Levi |
| Defendant. | |

This case is currently scheduled for sentencing on May 17, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for May 17, 2007, be continued until June 14, 2007, and that sentencing memoranda be due to the Court on June 7, 2007. The Presentence Investigation Report schedule does not need to be altered.

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 10, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                                          DANIEL BRODERICK
    United States Attorney                                         Federal Defender

3

4

    /s/ Carolyn Delaney                                             /s/ Lexi Negin
5 | CAROLYN DELANEY                                            LEXI NEGIN
    Assistant U.S. Attorney                                         Assistant Federal Defender
6 | Attorney for United States                                    Attorney for DONALD BUTCHER

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0007 (DFL) |
| Plaintiff, | ) | |
| | ) | Judge: Hon. David F. Levi |
| v. | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| DONALD BUTCHER | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 10, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 17, 2007, be continued until June 14, 2007, at 10:00 a.m. and that any sentencing memoranda be filed by the parties by June 7, 2007.

Dated:   May 10, 2007                             /s/ David F. Levi
                                                  DAVID F. LEVI
                                                  CHIEF JUDGE UNITED STATES
                                                  DISTRICT COURT

2