DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                                              **OK/HAV**

Attorneys for Defendant
DONALD BUTCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0007 (DFL) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) | |
| DONALD BUTCHER | ) | Judge: David F. Levi |
| Defendant. | ) | |

    This case is currently scheduled for sentencing on June 14, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing.

    The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for June 14, 2007, be continued until July 24, 2007, and that sentencing memoranda be due to the Court on July 17, 2007.  The Presentence Investigation Report schedule does not need to be altered.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: June 13, 2007

1

1   Respectfully submitted,

2   McGREGOR W. SCOTT                    DANIEL BRODERICK
    United States Attorney               Federal Defender
3

4
     /s/ Carolyn Delaney                  /s/ Lexi Negin
5   CAROLYN DELANEY                      LEXI NEGIN
    Assistant U.S. Attorney              Assistant Federal Defender
6   Attorney for United States           Attorney for DONALD BUTCHER

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD BUTCHER<br><br>　　　　　　Defendant.<br>_____ | )　No. CR-06-0007 (DFL)<br>)<br>)　Judge: Hon. David F. Levi<br>)<br>)　PROPOSED ORDER CONTINUING<br>)　SENTENCING<br>)<br>)<br>)<br>) |

　　　For the reasons set forth in the stipulation of the parties, filed on June 13, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for June 14, 2007, be continued until July 24, 2007, at 10:00 a.m. and that any sentencing memoranda be filed by the parties by July 17, 2007.

Dated:   June 13, 2007　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE UNITED STATES
　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT