McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. No. S 06-0007 DLJ |
| Plaintiff,  ) | FINAL ORDER OF FORFEITURE |
| v.  ) | |
| DONALD EUGENE BUTCHER,  ) | |
| Defendant.  ) | |

   WHEREAS, on March 14, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Donald Eugene Butcher forfeiting to the United States the following property:

   a.   Computer tower containing one Maxtor 30 gigabyte hard drive bearing serial number F40KD6MC;

   b.   Six compact discs, nine 3.5 inch floppy disks, and two zip disks seized by law enforcement on March 15, 2005, collectively marked as Evidence Item 2 by the Federal Bureau of Investigation when the items were seized.

   AND WHEREAS, on March 22, 29 and April 5, 2007, the United States published notice of the Court's Preliminary Order of

Forfeiture in the <u>Daily Republic</u> (Solano County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Donald Eugene Butcher.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this  7th  day of  September , 2007.

_____
D. LOWELL JENSEN
United States District Judge